UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-21169-CIV-KING/BANDSTRA

UNITED STATES OF AMERICA, )
)
              Plaintiff, )
)
v. )
)
JORGE CHERVONY, )
)
              Defendant. )
)
_____ )

## FINAL JUDGMENT AND STIPULATION FOR SETTLEMENT AND DISMISSING CASE

THIS CAUSE having come before the Court upon the Stipulation for Settlement entered into between Plaintiff, United States of America, and Defendant, Jorge Chervony and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Stipulation for Settlement heretofore entered in this action is accepted, adopted and approved by the Court, and the parties are ordered to comply therewith.

2. This Court shall reserve jurisdiction of the subject matter and of the parties to enforce the Stipulation for Settlement and to make any further orders the Court deems just and proper in this action.

3. This matter shall be dismissed as to all parties in this action pending the satisfactory completion of the payment terms by Defendant, Jorge Chervony pursuant to the terms of the Stipulation for Settlement.

DONE this 14th day of August, 2008, in Chambers, at Miami, Florida.

*/s/ James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT COURT JUDGE

cc:    Steven M. Davis, Esq.
        Arthur L. Wallace III., Esq.